B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re: **Florida Extruders International, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ADLER, NORMAN<br>24700 CHARGIN BLVD. # 303<br>Norman Adler & Associates<br>BEACHWOOD, OH 44122 | ADLER, NORMAN<br>24700 CHARGIN BLVD. # 303<br>Norman Adler & Associates<br>BEACHWOOD, OH 44122 | Shareholder Loan | | 83,400.00 |
| ADLER,DALE,M.D.<br>287 LANGLEY RD. #44<br>NEWTON, MA 02459 | ADLER,DALE,M.D.<br>287 LANGLEY RD. #44<br>NEWTON, MA 02459 | Shareholder Loan | | 83,400.00 |
| AGC FLAT GLASS NORTH AMERICA INC.<br>AFG RECEIVALBLES CORP.<br>CHARLOTTE,, NC 28290-3108 | AGC FLAT GLASS NORTH AMERICA INC.<br>AFG RECEIVALBLES CORP.<br>CHARLOTTE,, NC 28290-3108 | Trade Debt | | 70,618.69 |
| AKERMAN, SENTERFITT & EIDSON<br>P. O. BOX 231<br>ORLANDO, FL 32802 | AKERMAN, SENTERFITT & EIDSON<br>P. O. BOX 231<br>ORLANDO, FL 32802 | Professional Fees | | 124,777.36 |
| ARNSON, GERALD I<br>37177 CHERRYBANK DRIVE<br>SOLON, OH 44139 | ARNSON, GERALD I<br>37177 CHERRYBANK DRIVE<br>SOLON, OH 44139 | Shareholder Loan | | 75,000.00 |
| ASSOCIATED PACKAGING, INC.<br>P.O. BOX 440088<br>NASHVILLE, TN 37244-0088 | ASSOCIATED PACKAGING, INC.<br>P.O. BOX 440088<br>NASHVILLE, TN 37244-0088 | Trade Debt | | 30,079.15 |
| BULK CHEMICALS, INC.<br>P. O. BOX 13700-1085<br>PHILADELPHIA, PA 19191-1085 | BULK CHEMICALS, INC.<br>P. O. BOX 13700-1085<br>PHILADELPHIA, PA 19191-1085 | Trade Debt | | 55,986.00 |
| CMC COMMONWEALTH METALS<br>P.O. BOX 121078<br>DALLAS,, TX 75312-1078 | CMC COMMONWEALTH METALS<br>P.O. BOX 121078<br>DALLAS,, TX 75312-1078 | Trade Debt | | 86,687.63 |
| DUPONT POWDER COATINGS USA INC.<br>DEPT. 5053<br>DALLAS, TX 75312-5053 | DUPONT POWDER COATINGS USA INC.<br>DEPT. 5053<br>DALLAS, TX 75312-5053 | Trade Debt | | 161,234.17 |

B4 (Official Form 4) (12/07) - Cont.

In re  Florida Extruders International, Inc.  
                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| FIRST INSURANCE FUNDING GROUP<br>P.O. BOX 66468<br>CHICAGO,, IL 60666-0468 | FIRST INSURANCE FUNDING GROUP<br>P.O. BOX 66468<br>CHICAGO,, IL 60666-0468 | Insurance | | 475,292.43 |
| Florida Power & Light<br>GENERAL MAIL FACILITY<br>MIAMI, FL 33188-0001 | Florida Power & Light<br>GENERAL MAIL FACILITY<br>MIAMI, FL 33188-0001 | Trade Debt | | 183,198.65 |
| GUARDIAN INDUSTRIES CORP.<br>24396 NETWORK PLACE<br>CHICAGO, IL 60673-1243 | GUARDIAN INDUSTRIES CORP.<br>24396 NETWORK PLACE<br>CHICAGO, IL 60673-1243 | Trade Debt | | 46,972.01 |
| LEBOVITZ, HAROLD, RESTATEMENT OF TRUST F<br>2380 EDGERTON ROAD<br>UNIVERSITY HIGHTS, OH 44118 | LEBOVITZ, HAROLD, RESTATEMENT OF TRUST F<br>2380 EDGERTON ROAD<br>UNIVERSITY HIGHTS, OH 44118 | Shareholder Loan | | 31,200.00 |
| LEBOVITZ, MARGIE<br>2380 EDGERTON ROAD<br>UNIVERSITY HIGHTS, OH 44118 | LEBOVITZ, MARGIE<br>2380 EDGERTON ROAD<br>UNIVERSITY HIGHTS, OH 44118 | Shareholder Loan | | 31,200.00 |
| NORTHEAST METAL TRADERS, INC.<br>7345 MILNOR STREET<br>PHILADELPHIA,, PA 19136 | NORTHEAST METAL TRADERS, INC.<br>7345 MILNOR STREET<br>PHILADELPHIA,, PA 19136 | Trade Debt | | 115,330.09 |
| R. L. BEST INTERNATIONAL, INC,<br>1775 EAST LAKE MARY BLVD<br>SANFORD, FL 32773 | R. L. BEST INTERNATIONAL, INC,<br>1775 EAST LAKE MARY BLVD<br>SANFORD, FL 32773 | Trade Debt | | 31,800.00 |
| THE CASTELE 2000 TRUST<br>16103 LAKE AVEUNE<br>LAKEWOOD, OH 44107 | THE CASTELE 2000 TRUST<br>16103 LAKE AVEUNE<br>LAKEWOOD, OH 44107 | Shareholder Loan | | 249,900.00 |
| THUMB TOOL & ENGINEERING CO.<br>P O BOX 324<br>BAD AXE, MI 48413 | THUMB TOOL & ENGINEERING CO.<br>P O BOX 324<br>BAD AXE, MI 48413 | Trade Debt | | 39,790.37 |
| YOUNGSTOWN TOOL & DIE<br>1261 POLAND AVE.<br>YOUNGSTWON, OH 44502 | YOUNGSTOWN TOOL & DIE<br>1261 POLAND AVE.<br>YOUNGSTWON, OH 44502 | Trade Debt | | 77,911.03 |
| ZENITH INSURANCE CO.<br>P.O. BOX 9055<br>Van Nuys, CA 91499-4076 | ZENITH INSURANCE CO.<br>P.O. BOX 9055<br>Van Nuys, CA 91499-4076 | Insurance | | 42,667.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  Florida Extruders International, Inc.
             Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  april 25 2011            Signature  _____
                                          Joel S. Lehman
                                          President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy