**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:
FLORIDA EXTRUDERS                                    Case No.8:11-bk-07761-KRM
INTERNATIONAL, INC.,                                 Chapter 11
          Debtor.
_____/

**AMENDED NOTICE OF APPOINTMENT**
**OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

      DONALD F. WALTON, United States Trustee for Region 21, by and through his undersigned counsel, hereby states that the following creditors of the Debtor who hold unsecured claims are hereby APPOINTED to the Official Committee of the Unsecured Creditors:

1.    Alice Myers                                          *Committee Chairperson*
       Elliott Goldberg, Vice President          (215) 624-7260
       Northeast Metal Trader, Inc.
       7345 Milnor Street
       Philadelphia, PA 19136
       elliott@metaltrader.com
       Alice@metaltrader.com

2.    Fred Fisher, President                      (330) 747-4464
       Youngstown Tool & Die Company, Inc.
       1261 Poland Avenue
       Youngstown, OH 44502-2142
       Fred@youngstowntool.com

3.    Paul Garland                                         (423) 229-7302
       AGC Flat Glass NA, Inc.
       1400 Lincoln Street
       Kingsport, TN 37660-5194
       Paul.Garland@US.AGC.com

| | | |
|---|---|---|
| 4. | Jacob G. Hodges<br>Chief Counsel of Marketing & Distribution<br> Commercial Metals Company<br>6565 North MacArthur Boulevard, Suite 800<br>Irving, TX 75039<br>jacob.hodges@CMC.com | (972) 409-5159 |
| 5. | Charles R. Ike, President<br>Bulk Chemicals, Inc.<br>1074 Stinson Drive<br>Reading, PA 19605<br>Cike@bulkchemicals.us | (800) 338-2555 |

Each member of the Committee separately indicated a willingness to serve on the committee and accepted appointment.

Dated: May 13, 2011.

> Respectfully submitted,
> DONALD F. WALTON
> United States Trustee-Region 21
>
> By: */S/ Denise E. Barnett*
> Denise E. Barnett, Esq., Trial Attorney
> Fla. Bar No. 0090610
> 501 East Polk Street, Suite 1200
> Tampa, FL  33602
> (813) 228-2000; (813) 228-2303-facsimile
> denise.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing *Amended Notice of Appointment of the Official Committee of Unsecured Creditor* has been served either electronically through the CM/ECF System or by United States Mail to Committee members listed above and the party listed below before **May 13, 2011**:

| | |
|---|---|
| Christopher C. Todd, Esq.<br>McIntyre, Panzarella, Thanasides, et al<br>400 N. Ashley Drive, Suite 1500<br>Tampa, FL 33602<br>chris@mcintyrefirm.com | Allison R. Day, Esq.<br>Paul Batista, Esq.<br>Genovese Joblove & Battista, PA<br>100 Southeast 2nd Street, Suite 4400<br>Miami, FL 33131<br>aday@gjb-law.com<br>pbattista@gkb-law.com |

*/s/ Denise E. Barnett*
Trial Attorney

Page 3 of 3